STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Patent Imaging, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS LLC,** | § § § | **Case No. 3:22-cv-03122** |
| **Plaintiff,** | § § | **PATENT CASE** |
| **vs.** | § § | **JURY TRIAL DEMANDED** |
| **JOTFORM, INC.** | § § § | |
| **Defendant.** | § § | **COMPLAINT** |
| | § | |

Plaintiff Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Complaint against JotForm, Inc. ("Defendant" and/or "JotForm") for infringement of United States Patent No. 9,054,860 (hereinafter "the '860 Patent").

## PARTIES AND JURISDICTION

1.    This is an action for patent infringement under Title 35 of the United States Code.  Plaintiff is seeking injunctive relief as well as damages.

2.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3.    Plaintiff is a Texas limited liability company located at 1 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

4.    On information and belief, Defendant is a California corporation with its principal office located at 4 Embarcadero Center, Suite 780, San Francisco, CA 94111.  On information and belief, Defendant may be served through its registered agent, Steve Hartert, of the same address.

5.    On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.    On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.    On information and belief, the venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District, and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,054,860)

8.    Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.    This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10.    Plaintiff is the owner by assignment of the '860 Patent with sole rights to enforce the '860 Patent and sue infringers.

11.    A copy of the '860 Patent, titled "Digital Verified Identification System and Method," is attached hereto as Exhibit A.

12.    The '860 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '860 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and/or software for digital signature services (e.g., JotForm electronic-signature), and any similar products and/or services ("Product") covered by at least Claim 1 of the '860 Patent. Defendant has infringed and continues to infringe the '860 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14.     The Product provides a system for e-signing digital documents. The Product provides for digitally verifying the identification of a signer. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Create Electronic Signature Forms for Free**

Get legally binding signatures from any device with Jotform. Create free electronic signature forms for contracts, agreements, waivers, and more. Customize with no coding. Embed in your website and convert submissions to PDF documents automatically.

Source:  https://www.jotform.com/features/electronic-signature-form/

Jotform accepts electronic signatures, enabling you to authenticate, identify, and secure your form.

Creating an electronic signature for your form is simple. It only takes three steps:

1. In the Form Elements menu, add E-Signature to your form from the Widgets tab. The e-signature widget allows signers to draw their signature using a mouse, finger, or other input device. The widget requires no additional configuration, and you can resize it to fit your form layout.

Source:  https://www.jotform.com/guide-to-electronic-signatures/

1

2

3

E-signatures can be used on consent forms, contracts, application forms, registration forms, online petitions, forms that require terms of service agreements, non-disclosure agreements, incident reporting, and human resources forms.

4  Source: https://www.jotform.com/help/433-how-to-add-an-e-signature-to-your-form/

5

6

7

8

9

10

11

12

13

14

15



16  Source: https://www.jotform.com/widgets/signature

17

18

19      15.     The Product includes at least one digital identification module structured

20  to be associated with at least one entity. For example, the Product provides a module

21  (e.g., the creation of an e-signature module for a user) to be associated with at least

22  one entity (i.e., a user who needs to create an e-signature). Certain aspects of this

23  element are illustrated in the screenshot(s) below and/or in those provided in

24  connection with other allegations herein.

25

26

27

28

COMPLAINT AGAINST DEFENDANT JOTFORM, INC.

**Create Electronic Signature Forms for Free**

Get legally binding signatures from any device with Jotform. Create free electronic signature forms for contracts, agreements, waivers, and more. Customize with no coding. Embed in your website and convert submissions to PDF documents automatically.

Source:   https://www.jotform.com/features/electronic-signature-form/

Jotform accepts electronic signatures, enabling you to authenticate, identify, and secure your form.

Creating an electronic signature for your form is simple. It only takes three steps:

1. In the Form Elements menu, add E-Signature to your form from the Widgets tab. The e-signature widget allows signers to draw their signature using a mouse, finger, or other input device. The widget requires no additional configuration, and you can resize it to fit your form layout.

Source:  https://www.jotform.com/guide-to-electronic-signatures/

1.  In the Form Builder, click the Add Form Element button on the left.



Source:  https://www.jotform.com/help/433-how-to-add-an-e-signature-to-your-form/

COMPLAINT AGAINST DEFENDANT JOTFORM, INC.

16.    The Product includes a module generating assembly structured to receive at least one verification data element corresponding to at least one entity and create said at least one digital identification module. For example, the Product includes a module generating assembly structured to receive at least one verification data element corresponding to at least one entity (e.g., a user has a unique login ID and password for accessing and verifying the account for e-signing the documents). The module generating assembly is also structured to create at least one digital identification module (e.g., creating an e-signature of a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Create Electronic Signature Forms for Free**

Get legally binding signatures from any device with Jotform. Create free electronic signature forms for contracts, agreements, waivers, and more. Customize with no coding. Embed in your website and convert submissions to PDF documents automatically.

Source:  https://www.jotform.com/features/electronic-signature-form/

Jotform accepts electronic signatures, enabling you to authenticate, identify, and secure your form.

Creating an electronic signature for your form is simple. It only takes three steps:

1. In the Form Elements menu, add E-Signature to your form from the Widgets tab. The e-signature widget allows signers to draw their signature using a mouse, finger, or other input device. The widget requires no additional configuration, and you can resize it to fit your form layout.

Source: https://www.jotform.com/guide-to-electronic-signatures/

COMPLAINT AGAINST DEFENDANT JOTFORM, INC.



Source: https://www.jotform.com/help/433-how-to-add-an-e-signature-to-your-form/

17.    at least one digital identification module is disposable within at least one electronic file. (e.g., a user can store the e-signature within a document such as a "Bill of Landing" or in a PDF, Word doc, image file, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

Jotform's PDF contract templates are editable which means you can adjust the overall format including the aforementioned sections. If the job description changes significantly or there is a need to change the responsibility of the employee within the company, you can have the templates edited to send a new contract where both parties can review and sign again.

A contract is a legally enforceable agreement between two or more parties. It is an agreement that creates a legal duty or responsibility. Most companies and agencies preferred a written one, but many struggles finding a good set of templates they can use to make this possible between them and the employee. Using a template saves them time, but most generators online only offer limited features. To address the difficulties and less featured templates, Jotform creates a collection of ready-made contract templates in PDF format that is completely customizable and a free to use.

Source: https://www.jotform.com/pdf-templates/contract

18.    at least one digital identification module includes at least one primary component structured to associate the digital identification module at least partially with at least one entity.  For example, an e-signature of a user is associated with user information including username, date, etc. to associate the digital identification module at least partially with at least one entity (e.g., an e-signature is associated with a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

## Create Electronic Signature Forms for Free

Get legally binding signatures from any device with Jotform. Create free electronic signature forms for contracts, agreements, waivers, and more. Customize with no coding. Embed in your website and convert submissions to PDF documents automatically.

Source:  https://www.jotform.com/features/electronic-signature-form/

Jotform accepts electronic signatures, enabling you to authenticate, identify, and secure your form.

Creating an electronic signature for your form is simple. It only takes three steps:

1. In the Form Elements menu, add E-Signature to your form from the Widgets tab. The e-signature widget allows signers to draw their signature using a mouse, finger, or other input device. The widget requires no additional configuration, and you can resize it to fit your form layout.

Source: https://www.jotform.com/guide-to-electronic-signatures/



Source: https://www.jotform.com/help/433-how-to-add-an-e-signature-to-your-form/

COMPLAINT AGAINST DEFENDANT JOTFORM, INC.

19. at least one digital identification module is cooperatively structured to be embedded within only a single electronic file.  For example, the module (e-signature) is stored within a single file (such as a PDF, Word doc, image file, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

**Create Electronic Signature Forms for Free**

Get legally binding signatures from any device with Jotform. Create free electronic signature forms for contracts, agreements, waivers, and more. Customize with no coding. Embed in your website and convert submissions to PDF documents automatically.

Source:  https://www.jotform.com/features/electronic-signature-form/

Jotform accepts electronic signatures, enabling you to authenticate, identify, and secure your form.

Creating an electronic signature for your form is simple. It only takes three steps:

1. In the Form Elements menu, add E-Signature to your form from the Widgets tab. The e-signature widget allows signers to draw their signature using a mouse, finger, or other input device. The widget requires no additional configuration, and you can resize it to fit your form layout.

Source: https://www.jotform.com/guide-to-electronic-signatures/

E-signatures can be used on consent forms, contracts, application forms, registration forms, online petitions, forms that require terms of service agreements, non-disclosure agreements, incident reporting, and human resources forms.

Source: https://www.jotform.com/help/433-how-to-add-an-e-signature-to-your-form/



Source: https://www.jotform.com/widgets/signature

COMPLAINT AGAINST DEFENDANT JOTFORM, INC.

> Jotform's PDF contract templates are editable which means you can adjust the overall format including the aforementioned sections. If the job description changes significantly or there is a need to change the responsibility of the employee within the company, you can have the templates edited to send a new contract where both parties can review and sign again.

> A contract is a legally enforceable agreement between two or more parties. It is an agreement that creates a legal duty or responsibility. Most companies and agencies preferred a written one, but many struggles finding a good set of templates they can use to make this possible between them and the employee. Using a template saves them time, but most generators online only offer limited features. To address the difficulties and less featured templates, Jotform creates a collection of ready-made contract templates in PDF format that is completely customizable and a free to use.

Source: https://www.jotform.com/pdf-templates/contract

20.   Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

21.   Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22.   Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23.   Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No.

9,054,860 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

    (c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

    (d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

    (e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: May 27, 2022        Respectfully submitted,

*/s/Stephen M. Lobbin*
***Attorney(s) for Plaintiff***